IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BARBARA CRAIN,           § | |
|     Petitioner,     § | |
| § | |
| VS.                      § | CIVIL ACTION NO.4:12-CV-699-Y |
| § | |
| JODY UPTON, Warden,      § | |
| FMC-Carswell,[1]         § | |
|     Respondent.     § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Barbara Crain, along with the March 21, 2013 findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until April 11 to file written objections to the findings, conclusions, and recommendation.  As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the petition for writ of habeas corpus should be denied.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Barbara Crain's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DENIED.

SIGNED April 19, 2013.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] Because Jody Upton has now replaced Joe Keffer as Warden at FMC-Carswell, Upton should "automatically" be substituted as a party under Federal Rule of Civil Procedure 25(d). The clerk of Court is directed to make this change on the docket of this case.